# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN NATHANIEL SHAW, *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| JOSEPH FERNANDES, *et al.*, *Defendants*. | : | NO. 18-228 |

## ORDER

AND NOW, this 24th day of January, 2018, upon consideration of Mr. Shaw's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DISMISSED,** without prejudice, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Mr. Shaw is given leave to file an amended compliant within thirty (30) days of the date of this Order in the event that he can state a plausible claim that lies within this Court's jurisdiction. If Mr. Shaw files an amended complaint, he should identify all of the defendants in the caption in addition to the body, and shall describe in detail what rights Mr. Shaw believes were violated and how each defendant was responsible for violating those rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

3. The Clerk of Court shall furnish Mr. Shaw with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

4. If Mr. Shaw fails to comply with this Order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

*/s/Nitza I. Quinones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*